IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CABARET BIOTECH LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1732 (LPS) |
| | ) |
| KITE PHARMA, INC. and | ) |
| GILEAD SCIENCES, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cabaret Biotech Ltd. and Defendants Kite Pharma, Inc. and Gilead Sciences, Inc. stipulate to dismissal of all claims and counterclaims in the action captioned *Cabaret Biotech Ltd.* v. *Kite Pharma, Inc. & Gilead Sciences, Inc.*, No. 1:19-cv-01732 (LPS).  Such dismissal shall be with prejudice except as otherwise agreed by the parties.  Each party shall bear its own costs and attorneys' fees.

| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen E. Keller* | */s/ Jeremy A. Tigan* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com |
| OF COUNSEL: | OF COUNSEL: |
| Eric Alan Stone<br>Jennifer Gordon<br>Naz E. Wehrli<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 | David B. Bassett<br>WILMER CUTLER PICKERING HALE AND<br>DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 |
| Tanya S. Manno<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>2001 K Street, NW<br>Washington, D.C. 20006<br>(202) 223-7300 | Vinita Ferrera<br>Emily R. Whelan<br>Jason H. Liss<br>WILMER CUTLER PICKERING HALE AND<br>DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>*Attorneys for Defendants* |
| Henry Lebowitz<br>Michael Schaper<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>*Attorneys for Plaintiff* | |

December 18, 2020

SO ORDERED, this _____ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE